# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| SMA PORTFOLIO OWNER, LLC<br>As successor to BANK OF AMERICA, N.A., | CASE NO. 2:14-CV-00172-DLB-JGW |
| Plaintiff, | |
| v. | Judge David L. Bunning<br>(Mag. Judge J. Gregory Wehrman) |
| CPX TAMPA GATEWAY OPAG, *et al.*, | |
| Defendants. | |

## AGREED ORDER STAYING CASE PENDING RESOLUTION OF RELATED APPEALS

The parties hereto agree and the Court hereby orders that this action is stayed pending resolution of the related appeals in *Bank of America, N.A. v. CPX Madison Place Office, LLC, et al.,* Case No. 15-5699, and *Bank of America, N.A. v. Corporex Realty & Investment, LLC, et al.,* Case No. 15-5711, both of which are currently pending in the United States Court of Appeals for the Sixth Circuit.

**SEEN, AGREED AND APPROVED:**

/s/ Earl K. Messer
Earl K. Messer (pro hac vice)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Phone:  513-381-2838
Fax:     513-381-0205
Email:  messer@taftlaw.com

*Attorneys for Defendant*

13226931.1

<div style="margin-left: 2em;">

/s/ Timothy P. Palmer
Timothy P. Palmer (pro hac vice)
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219
Phone:  412-562-8800
Fax:     412-562-1041
Email:  timothy.palmer@bipc.com

*Attorneys for Plaintiff*

</div>

13226931.1